# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GLENN A. CORDES AND MELISSA
R. CORDES

VERSUS

CRYSTAL L. TUCKER, GEICO
CASUALTY COMPANY,
MANBEARPIG, LLC D/B/A THE
HOUSE TIGERLAND, KORT
CONSTRUCTION, AND THE STATE
OF LOUISIANA THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.   2020 CW 0744

OCTOBER 12, 2020

---

In Re:    Louisiana Department of Transportation & Development,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 677874.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.**  Relator fails to provide a copy of
any opposition or attachments thereto to the relator's motion
for summary judgment in violation of Uniform Rules of Louisiana
Courts of Appeal, Rule 4-5(C)(9).

Supplementation of this writ application and/ or an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation,
including the missing items noted above, and must comply with
Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any
new application must be filed on or before **November 12, 2020.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT